**No. 60766.**—S. P. Eisner & Co. *v.* United States, protest 307062–K (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.